**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

**VAUGHN FEIGHAN,**

**Plaintiff,**

**v.**

**DAVERSA PARTNERS,** *et al.***,**

**Defendants.**

**Civil Action No. 20-cv-3759-BAH**

**CONSENT MOTION FOR ENTRY OF
JOINT STIPULATION AND PROTECTIVE ORDER REGARDING
PRODUCTION AND USE OF CONFIDENTIAL INFORMATION**

Defendant Resource Systems Group Inc. t/a Daversa Partners,[1] through its undersigned counsel and with the consent of all other parties, Plaintiff Vaughn Feighan and Defendant Bruce Brown, hereby moves the Court to enter the accompanying Joint Stipulation and Protective Order Regarding Production and Use of Confidential Information ("Joint Stipulation") pursuant to Federal Rule of Civil Procedure 26(c), and states as follows:

1.      The parties have agreed to the Court's entry of the attached Joint Stipulation in order to protect the disclosure and use of the parties' confidential and private information, including but not limited to confidential business information and medical information.

2.      The Joint Stipulation restricts the disclosure and use of documents and information designated as Confidential by the parties, and it provides for the filing of confidential information with the Court under seal, in accordance with Local Civil Rule 5.1(h).

---

[1] The Complaint names "Daversa Partners" and "Resource Systems Group Inc. t/a Daversa Partners" as two separate Defendants.  Daversa Partners is not a legal entity but rather is a trade name used by Defendant Resource Systems Group Inc.  To the extent that Daversa Partners and Resource Systems Group Inc. t/a Daversa Partners are properly named as separate Defendants, this Motion is filed on behalf of both such Defendants.

3.     The parties' counsel have conferred on the contents of the Joint Stipulation, and all parties consent to the filing of the Joint Stipulation with the Court and the Court's entry of the same.

WHEREFORE, Defendant Resource Systems Group Inc. t/a Daversa Partners, with the consent of all other parties, requests that the Court enter the attached Joint Stipulation.

Respectfully submitted,

/s/ *Stephen M. Silvestri*
Stephen M. Silvestri (Bar No. MD0026)
Charles J. Kresslein (Bar No. 453509)
JACKSON LEWIS P.C.
2800 Quarry Lake Drive, Suite 200
Baltimore, Maryland 21209
Phone: (410) 415-2000
Fax: (410) 415-2001
stephen.silvestri@jacksonlewis.com
charles.kresslein@jacksonlewis.com

*Counsel for Defendant Resource Systems Group Inc. t/a Daversa Partners*

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of July, 2021, I filed the foregoing Consent Motion for Entry of Joint Stipulation and Protective Order Regarding Production and Use of Confidential Information using the CM/ECF system, which will electronically serve all counsel of record who have entered an appearance in this case.

/s/ *Stephen M. Silvestri*
Stephen M. Silvestri (Bar No. MD0026)
Charles J. Kresslein (Bar No. 453509)

4844-2094-4881, v. 1