**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| VAUGHN FEIGHAN, | |
| Plaintiff, | |
| v. | Civil Action No. 20-03759 (BAH) |
| RESOURCE SYSTEMS GROUP INC., | Judge Beryl A. Howell |
| Defendant. | |

## <u>ORDER</u>

Upon consideration of defendant's Motion for Summary Judgment, ECF No. 36; the memoranda in support and opposition; the exhibits thereto; and the entire record herein, for the reasons stated in the accompanying Memorandum Opinion issued contemporaneously with this Order, it is hereby

**ORDERED** that defendant's Motion for Summary Judgment, ECF No. 36, is GRANTED IN PART and DENIED IN PART; it is further

**ORDERED** that defendant's Motion is DENIED as moot as to plaintiff's claimed entitlement to unpaid overtime wages in Count VII; it is further

**ORDERED** that defendant's Motion is GRANTED as to plaintiff's claims other claims in Count IV and in Count IX of the Amended Complaint, ECF No. 26; it is further

**ORDERED** that defendant's Motion is DENIED as to plaintiff's remaining claims against defendant in Counts I, V, VI, VII, and VIII of the Amended Complaint; it is further

**ORDERED** that, by April 11, 2023, the parties jointly submit a status report indicating whether the parties wish to be referred for mediation or, if not, proposing a schedule to govern further proceedings in this matter, including three preferred trial dates in June or July of 2023.

**SO ORDERED.**

**Date:** March 30, 2023

_____
BERYL A. HOWELL
U.S. District Court Judge